Robert HAYES, Plaintiff–Appellant,

v.

SECURITIES & EXCHANGE COMMISSION; Federal Trade Commission; United States Department of Commerce, Defendants—Appellees.

No. 07–1784.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 17, 2007.

---

from his inmate account or risk dismissal of the action.

Robert Hayes, Appellant Pro Se.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Hayes appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hayes v. Security & Exchange Comm'n,* No. 1:07–cv–01786–AMD (D.Md. July 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*